INTERNATIONAL SILVER CO. v. THOMAS. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by the International Silver Company against Orlando F. Thomas. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

JAFFE, Appellant, v. PENNSYLVANIA R. CO., Respondent. (Supreme Court, Appellate Term. June 22, 1905.) Appeal from Municipal Court, Borough of Manhattan, Thirteenth District. Action by Henry H. Jaffe against the Pennsylvania Railroad Company. From a judgment in favor of defendant, plaintiff appeals. Reversed. Aaron J. Levy, for appellant. Robinson, Biddle & Ward, for respondent.

MacLEAN, J. Inasmuch as the baggageman testified that the plaintiff told him that there were eyeglasses and other goods in the bag, and no one contradicted him, the liability of the defendant seems established. Saleeby v. Cent. R. R. of N. J., 99 App. Div. 163, 90 N. Y. Supp. 1042. The judgment should therefore be reversed, and a new trial ordered, with costs to appellant to abide the event. All concur.

JAMES McCREERY REALTY CO. v. EQUITABLE NAT. BANK. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by the James McCreery Realty Company against the Equitable National Bank. No opinion. Motion denied.

JOHNSTON v. MUTUAL RESERVE LIFE INS. CO. (Supreme Court, Appellate Division, First Department. June 16, 1905.) Action by Henry P. C. Johnston against the Mutual Reserve Life Insurance Company. No opinion. Motions granted.

JONES v. ARMENIA INS. CO. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by Lorena R. Jones against the Armenia Insurance Company. No opinion. Motion denied, on payment of $20 costs.

JONES, Respondent, v. BRINSMADE, Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Jessie M. Jones against Charles L. Brinsmade. J. C. Bergen, for appellant. W. O. Morgan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

JONES v. BRINSMADE. (Supreme Court, Appellate Division, First Department. June 16, 1905.) Action by Jessie M. Jones against Charles L. Brinsmade. No opinion. Motion granted. Question to be certified on settlement of order.

JONES, Respondent, v. COLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by Joseph A. Jones against Stephen R. Cole. No opinion. Motion for leave to appeal to the Court of Appeals granted, and question to be reviewed certified.

KASHARE, Appellant, v. LUBOW et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 29, 1905.) Action by Joseph Kashare against Nathan Lubow and Samuel Bayer.

PER CURIAM. Order reversed on argument, with $10 costs and disbursements, on the ground that it does not appear to have been granted for any cause stated in the Code of Civil Procedure or recognized in practice, and motion to change the place of trial denied, with costs.

KEEFE, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Term. June 26, 1905.) Appeal from Municipal Court, Borough of Manhattan, Seventh District. Action by John Keefe against the New York City Railway Company. From a judgment for plaintiff, defendant appeals. Reversed. William E. Weaver, for appellant. Melvin H. Dalberg, for respondent.

SCOTT, P. J. I can find no evidence of negligence on the part of the defendant. There is no evidence that the conductor gave any signal to stop or in any way communicated to the driver the plaintiff's desire to alight, or that the driver slowed up to permit him to do so. The case is even stronger against the plaintiff than Armstrong v. Met. St. Ry. Co., 36 App. Div. 525, 55 N. Y. Supp. 498, which it much resembles. The judgment should be reversed, and a new trial granted, with costs to appellant to abide the event. All concur.

KEENEY et al., Appellants, v. BUCK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by Jane D. Keeney and another against Anna Buck and others. No opinion. Judgment affirmed, with costs.

In re KELLY'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) In the matter of awarding letters of administration upon the estate of Catharine Kelly, deceased.

PER CURIAM. Decree of Surrogate's Court affirmed, with costs.

STOVER, J., not voting.

KEMP et al. v. KEMP et al. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by Arthur T. Kemp and another against Arthur T. Kemp, individually, and others. No opinion. Motion denied, on conditions stated in memorandum.

KESNOWITZ, Respondent, v. PRONIN et al., Appellants. (Supreme Court, Appellate Term. June 22, 1905.) Appeal from Municipal Court, Borough of Manhattan, Thirteenth District. Action by Max Kesnowitz against Barnett Pronin and others. Judgment for